J. R. A. CORPORATION, Suing on Behalf of Itself and All Other Stockholders Similarly Situated Who May Come In and Contribute to the Expense of this Action, Plaintiff-Appellant, v. Richard J. BOYLAN et al., Defendants. The American Tobacco Company, George W. Hill, Richard J. Boylan, John A. Crowe, James R. Coon, Edmund A. Harvey, Paul W. Hahn, George W. Hill, Jr., Charles F. Neiley and Vincent Riggio (All appearing specially for the purpose of this motion), Defendants-Appellees.

No. 269.

Circuit Court of Appeals, Second Circuit. March 18, 1940.

■

Alexander Kahan, of New York City, (Louis A. Tepper and Joseph Lotterman, both of New York City, of counsel), for plaintiff-appellant.

Clarence J. Shearn, of New York City, for certain defendants.

George Z. Medalie, of New York City, for another defendant.

Sigourney B. Olney, of Brooklyn, N. Y., (Clarence J. Shearn, of New York City, of counsel), for other defendants; all appearing specially, solely for the purpose of this motion.

Chadbourne, Wallace, Parke & Whiteside, of New York City (George W. Whiteside and Charles Pickett, both of New York City, of counsel), for appellee, The American Tobacco Company, appearing specially.

Before SWAN, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

Order and judgment affirmed on opinion below, D.C., 30 F.Supp. 393.

■

The KANSAS CITY SOUTHERN RAILWAY COMPANY et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

No. 11676.

Circuit Court of Appeals, Eighth Circuit. Jan. 27, 1940.

■

Frank H. Moore, of Kansas City, Mo., and Robert A. Littleton, of Washington, D. C., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to United States Board of Tax Appeals with direction to enter an order that there is no present deficiency in taxes or interest for the years 1922 to 1925, inclusive, pursuant to stipulation.

■

George R. KELLY, Petitioner, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Respondent.

No. 9464.

Circuit Court of Appeals, Ninth Circuit. March 7, 1940.

George R. Kelly, in pro. per.

No other appearance.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

Petition for leave to proceed in forma pauperis granted.

PER CURIAM.

■

Herman Josephine McQUEENY, Appellant, v. AMERICAN MUTUAL LIFE INSURANCE COMPANY OF DES MOINES, Iowa.

No. 11538.

Circuit Court of Appeals, Eighth Circuit. Jan. 8, 1940.

■

Edward E. Naber and Carl E. Kimpton, both of Kansas City, Mo., for appellant.

William C. Michaels and Kenneth E. Midgley, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant but without taxation of attorneys' docket fee in favor of appellee which is waived, pursuant to stipulation.